**Opinion issued June 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00057-CV

———————————

## IN RE CHRISTIAN FAITH MISSIONARY BAPTIST CHURCH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Christian Faith Missionary Baptist Church filed a petition for writ of mandamus seeking relief from the trial court's order denying its motion to dismiss Roland Mouton, Jr. and Delorian Morgan-Jones's claims against it for lack of

standing.[1]  We lift the stay previously ordered by this Court and deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

---

[1]  The underlying suit is *Whitney Bank v. Christian Faith Missionary Baptist Church et al.*, No. 2012-73542, in the 127th District Court of Harris County, Texas.  The respondent is the Honorable R.K. Sandill.